# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00568-CV

**Office Leasing Advisors, Inc., Appellant**

**v.**

**Texas.Net, Inc., Appellee**

---

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. GN403892, HONORABLE PETER M. LOWRY, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Office Leasing Advisors, Inc. has filed a motion to dismiss the appeal.

We grant the motion and dismiss the appeal.  Tex. R. App. P.  42.1(a).

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed:   November 7, 2005